UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:08-M-1019-1

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Russell Maston Murphy | ) | |

Comes C. Lee Meeks, Jr., U.S. Probation Officer, who shows the court that Russell Maston Murphy appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, at Wilmington, North Carolina, on March 8, 2010, and upon a plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C. § 661, was placed on probation for a period of 12 months.

A Motion for Revocation was filed on March 4, 2011, alleging that the defendant had violated the conditions of his probation by being charged with several traffic violations and a drug charge in Carteret County, North Carolina. A prayer for judgement continued was entered for the traffic violations on March 30, 2011, and the drug charge was dismissed by the court April 13, 2011.

It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation filed on March 4, 2011, and discharging the defendant from further supervision.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation filed on March 4, 2011, be withdrawn.

This the 22d day of April, 2011.

Robert B. Jones, Jr.
U.S. Magistrate Judge